UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOSHUA ORSINGHER HENSON                                                              PLAINTIFF

v.                                     No. 5:21-CV-05214

DEPUTY C. FOSTER, et al.                                                            DEFENDANTS

**ORDER**

    The Court has received a report and recommendation (Doc. 6) from United States Magistrate Judge Christy D. Comstock. No objections were filed and the deadline to object has passed. Following preservice screening under 28 U.S.C. § 1915A, the Magistrate recommends that claims against separate Defendant Deputy Megan Rutledge be dismissed for failure to state a claim.[1] The Court has carefully reviewed the report and recommendation, which is proper and contains no clear error. The report and recommendation is ADOPTED IN FULL.

    IT IS THEREFORE ORDERED that Plaintiff's claims against separate Defendant Deputy Megan Rutledge are DISMISSED WITHOUT PREJUDICE. Plaintiff's complaint otherwise remains pending and this case remains referred.

    IT IS SO ORDERED this 28th day of December, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE

---

[1] The Magistrate separately ordered service on Defendants Foster, Prince, and Stephens. Because that decision is nondispositive, it is outside the scope of the report and recommendation now under consideration, and instead is a matter committed to the Magistrate by the referral of this case pursuant to 28 U.S.C. § 636(b)(1)(A).