UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOSHUA ORSINGHER HENSON                                                                    PLAINTIFF

v.                                      No. 5:21-cv-05214

DEPUTY C. FOSTER, NURSE JESSE PRINCE,
and NURSE SHAWNA STEPHENS                                                                DEFENDANTS

## ORDER

The Court has received a report and recommendations (Doc. 26) from United States Magistrate Judge Christy D. Comstock. It recommends dismissing Plaintiff's case. *Id.* at 3. The reason given for dismissal is that Plaintiff failed to respond to Defendants' motion for summary judgment by September 28, despite the Court's order to do so. *Id.* at 2. However, Plaintiff filed a response to Defendants' motion on September 19 (Doc. 23). Accordingly, dismissal is not appropriate, and this Court DECLINES TO ADOPT the report and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that this matter is returned to the Magistrate Judge for consideration of Plaintiff's response (Doc. 23) in the first instance.

IT IS SO ORDERED this 15th day of November, 2022.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE